IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALAN M. EVANS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 06-183C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order issued on April 8, 2008, the parties have conferred and hereby file their joint status report as follows:

The parties have settled the non-driving aspect of the instant case.

On April 11, 2008, defendant filed a Motion for Summary Judgment Regarding Remaining "Driving Time" Claims in Adams v. United States and consolidated cases, Case No. 90-162C. The plaintiffs whose driving time claims are the subject of this motion include Drug Enforcement Administration ("DEA") diversion investigators, among others. On May 12, 2008, plaintiffs in Adams filed a response to defendant's motion, as well as a motion pursuant to RCFC 56(f) for a continuance to permit them to take discovery. By Order of May 19, 2008, the Court suspended briefing on the Government's summary judgment motion pending disposition of the plaintiffs' motion for a continuance. The Government responded to the motion for a continuance on May 23, 2008.

The parties believe that the disposition of the remaining issues in Adams regarding home/work driving of the diversion investigators in that case may serve to dispose of the remaining driving issues in the instant case. Additionally, in a Joint Preliminary Status Report recently filed in Marial L. Gilbert, et al. v. United States, Case No. 07-731C, the parties expressed the view that

that case should be consolidated with this case and with several other cases exclusively involving the Fair Labor Standards Act claims of DEA diversion investigators, and that these cases should be deferred pending resolution of the pending motions in Adams insofar as those motions relate to claims of diversion investigators employed by DEA. Accordingly, the parties believe that this case should be stayed pending the disposition of the referenced motions in Adams, insofar as those motions relate to claims of DEA diversion investigators.

Respectfully submitted,

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: May 29, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

TODD M. HUGHES
Deputy Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8275
Fax: (202) 305-7643

Attorneys for Defendant

Dated: May 29, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 29th day of May 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**